UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

In Re:     Case No:
ROBERT M. CHURCH     19-10777

**CHAPTER 13 TRUSTEE'S ADMINISTRATIVE MOTION TO AMEND THE ORDER OF CONFIRMATION (TO PROPERLY REFLECT THE PERCENT TO BE PAID TO UNSECURED CREDITORS)**

Comes the Chapter 13 Trustee, William W. Lawrence, pursuant to 11 U.S.C. 1329, and hereby moves this Court to enter an Order Amending the Order of Confirmation. The Chapter 13 Trustee reports to the Court that the percentage to be paid to unsecured creditors can be modified.

The Chapter 13 Trustee's calculations indicate that if the Debtor tenders all of their scheduled payments to the Chapter 13 Trustee, unsecured creditors will now receive **100.00%.**

This Motion is purely administrative in nature. The Chapter 13 Trustee is not seeking to increase the Debtor's Chapter 13 Plan Payments. The Chapter 13 Trustee is not seeking to increase the length of the Debtor's confirmed Chapter 13 Plan.

**WHEREFORE**, the Chapter 13 Trustee respectfully requests that this Court Grant the Chapter 13 Trustee's Motion to Amend the Order of Confirmation.

Tendered By:
William W. Lawrence,Trustee
200 S. Seventh St., Suite 310
Louisville. KY 40202

*/s/William W. Lawrence*
WILLIAM W. LAWRENCE,TRUSTEE

10/24/2019