UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

In Re:  
ROBERT M. CHURCH

Case No:  
19-10777

Debtor(s)

### ORDER AMENDING THE ORDER OF CONFIRMATION
### (TO PROPERLY REFLECT THE PERCENTAGE TO BE PAID TO UNSECURED CREDITORS)

Motion having been made by the Chapter 13 Trustee, William W. Lawrence, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Order of Confirmation in this Chapter 13 Bankruptcy is amended to increase the percentage paid to unsecured creditors from **77.00%** to **100.00%**.

Tendered By:  
William W. Lawrence, Trustee  
200 S. Seventh St., Suite 310  
Louisville, KY 40202

Dated: 10/24/2019