# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Robert M. Church<br><br>Debtor(s) | Case No.:19–10777–jal<br><br>Chapter: 13<br>Judge: Joan A. Lloyd |

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Motion to Amend Order of Confirmation to increase plan to 100 percent . Filed by Trustee William W. Lawrence –13. Objections due by 11/14/2019. Any objection must be typewritten and in proper pleading form as required by Federal and Local Rules. (Attachments: # 1 Order Amending OC To Reflect Percent Paid To Unsecured) (Lawrence –13, William)

Dated: 10/25/19

By:
Deputy Clerk

FOR THE COURT
Elizabeth H. Parks
Clerk, U.S. Bankruptcy Court