IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

IN RE:                                                    )
                                                          )
                                                          )    CASE NO. 19-10777
Robert M. Church                                          )
                                                          )
                                                          )
              Debtor(s)                                   )
                                                          )

## ORDER

     This matter having come before the Court on Motion by the Debtor(s) to Suspend Plan Payments to the Trustee and the Court being sufficiently advised,

     IT IS HEREBY ORDERED that the Debtor(s) plan payments be suspended from the 11th day of February, 2020 to the 12th day of April, 2020 and these suspended payments shall be satisfied by extending the duration of the Plan from 45 to 60 months.

Tendered by:

/s/Brent M. Stinnett
Name:  Brent M. Stinnett
Address: 1600 Scottsville Rd.
Suite 201
Bowling Green, KY 42104
Phone: (270) 393-2160
Email:  brent@brentstinnett.com