# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Robert M. Church | Case No.:19–10777–jal |
| | Chapter: 13 |
| Debtor(s) | Judge: Joan A. Lloyd |

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Motion To Suspend Plan Payments From 2/11/2020 To 4/12/2020. Filed by Debtor Robert M. Church. Objections due by 02/11/2020. Any objection must be typewritten and in proper pleading form as required by Federal and Local Rules. (Attachments: # 1 Proposed Order) (Stinnett, Brent)

Dated: 1/22/20

By:
Deputy Clerk

FOR THE COURT
Elizabeth H. Parks
Clerk, U.S. Bankruptcy Court