IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

IN RE: )
)
Robert M. Church ) CASE NO. 19-10777
)
)
Debtor(s) )
)

## MOTION TO SUSPEND PAYMENTS

Debtor moves the Court for permission to suspend his Chapter 13 payments and in support of this Motion submit the following:

1. Dates of suspension: from the 8th day of May, 2020 to the 7th day of July, 2020.

2. Debtor is behind in his plan payment.

3. Term of plan is 45 months and current plan payment is $250.00 twice a month; with general unsecured creditors being paid 77%.

4. Detailed reason for suspension: Debtor is a hair stylist and is currently experiencing a material financial hardship as a result of the covid-19 pandemic.

5. Debtor proposes to make up payments missed by extending the duration of his Plan from 60 to 62 months.

6. Debtor will incur no additional attorney fee.

/s/Brent M. Stinnett
Name:  Brent M. Stinnett
Address: 1600 Scottsville Rd.
Suite 201
Bowling Green, KY 42104
Phone: (270) 393-2160
Email:  brent@brentstinnett.com

Local Form F

Verification

The statements in the foregoing Motion are true to the best of my knowledge and belief.

/s/Robert M. Church
Debtor

CERTIFICATE OF SERVICE

I certify that a copy of this Motion to Suspend Payments was served upon the following, this 16th day of April, 2020:

| | |
|---|---|
| William W. Lawrence<br>Chapter 13 Trustee<br>310 Republic Plaza<br>200 S. Seventh Street<br>Louisville, KY 40202 | Electronic |
| U.S. Trustee<br>Office of The United States Trustee<br>200 Jefferson Avenue<br>Suite 400<br>Memphis, TN 38103 | Electronic |

/s/Brent M. Stinnett
Attorney for Debtor

Local Form F