IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Robert M. Church ) | CASE NO. 19-10777 |
| ) | |
| ) | |
| Debtor(s) ) | |
| ) | |

## ORDER

This matter having come before the Court on Motion by the Debtor(s) to Suspend Plan Payments to the Trustee and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the Debtor(s) plan payments be suspended from the 8th day of May, 2020 to the 7th day of July, 2020 and these suspended payments shall be satisfied by extending the duration of the Plan from 60 to 62 months.

Tendered by:

/s/Brent M. Stinnett
Name:  Brent M. Stinnett
Address: 1600 Scottsville Rd.
Suite 201
Bowling Green, KY 42104
Phone: (270) 393-2160
Email:  brent@brentstinnett.com