UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:   ROBERT M. CHURCH                                                                                   Case No: 19-10777

SSN: XXX-XX-2515

### CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

    Comes the Trustee, William W. Lawrence, and states that the above referenced case came previously before the Court because the Debtor was in arrears on their Chapter 13 Plan Payments. The Trustee has continued to review the plan for compliance with the proposed payments.

    WHEREFORE, William W. Lawrence, Trustee, advises that the plan continues in default and moves for dismissal.

Tendered By:
William W. Lawrence, Trustee
200 S. Seventh St., Suite 310
Louisville, KY 40202

/s/William W. Lawrence
WILLIAM W. LAWRENCE, TRUSTEE

1/26/2021