UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:   ROBERT M. CHURCH

Case No: 19-10777

SSN: XX-XXX-2515

<u>ORDER</u>

 This matter on direction of the Court for the Trustee to review, and the Court being sufficiently advised that the Debtor's plan payments to the Chapter 13 Trustee continue to be in default.

 IT IS HEREBY ORDERED, that the petition be, and is dismissed without prejudice.

 IT IS HEREBY ORDERED, that a copy hereof shall be mailed to the Debtor(s), to the Attorney, to the Trustee, and all scheduled creditors.

Tendered By:
William W. Lawrence, Trustee
200 S. Seventh St., Suite 310
Louisville, KY 40202